UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tippy Marie Retana, ) | | C/A No. 5:15-cv-00523-RBH-KDW |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | | ORDER |
| ) | | |
| Warden Marian Boulware, ) | | |
| ) | | |
| Respondent. ) | | |
| ) | | |

Petitioner is a state prisoner who filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 24, 2015, Respondent filed a Return and Memorandum to her Petition. ECF Nos. 14, 15. Because Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of such motions and of the need for her to file adequate responses. ECF No. 16. Petitioner was specifically advised that if she failed to respond adequately, the Respondent's Motion may be granted, thereby ending this case against her.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the Motion. As such, it appears to the court that she does not oppose the Motion and wishes to abandon this action. Based on the foregoing, Petitioner is directed to advise the court whether she wishes to continue with this case and to file a response to Respondent's Motion for Summary Judgment by **July 6, 2015**. Petitioner is further advised that if she fails to respond, this action will be recommended for dismissal with prejudice against Petitioner for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

June 4, 2015                                                       Kaymani D. West  
Florence, South Carolina                    United States Magistrate Judge